UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENCE HORVATH,<br><br>Defendant. | Crim. Action No. 24-401 (JDB) |

### ORDER

Upon consideration of [20] the defendant's motion to dismiss, [21] the government's response, [22] the defendant's reply, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [20] the defendant's motion to dismiss is **DENIED.**

**SO ORDERED.**

/s/

JOHN D. BATES
United States District Judge

Dated: February 11, 2025

1