UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **CRIMINAL NO.   24-cr-401 (JDB)** |
| | : | |
| **BENCE HORVATH** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**AGREED MOTION TO EXTEND DEADLINE FOR FILING PRETRIAL MOTIONS**

The United States of America, by and through its undersigned counsel, respectfully moves this Court for an extension of the deadline for filing pretrial motions in the above-captioned matter, currently set for May 1, 2025, until May 9, 2025. In support of this motion, the government states the following:

**I. Background**

The current deadline for the filing of pretrial motions is set for May 1, 2025. The parties have been engaged in ongoing plea negotiations and are making substantial progress toward resolving this case. The government and defense counsel are working in good faith to finalize these negotiations.

**II. Reason for Extension**

In order to allow the parties additional time to finalize the plea negotiations and potentially reach a resolution without the need for further litigation, the government respectfully requests an extension of the motions deadline. The parties agree that an extension of this deadline will allow them to continue their discussions in a focused and efficient manner.

### III. No Prejudice to the Defendant

Granting the requested extension will not unduly prejudice the defendant. The parties are committed to resolving this matter as expeditiously as possible, and an extension will facilitate the resolution of the case without the need for further motions or hearings.

### IV. Conclusion

For the reasons set forth above, the government respectfully requests that this Court grant an extension of the motions deadline until May 9, 2025.

    Respectfully submitted,

    EDWARD R. MARTIN, JR.
    United States Attorney
    D.C. Bar No. 481866

By:   */s/   Christopher Tortorice*
    Christopher Tortorice
    Texas. Bar No. 24048912
    Assistant United States Attorney
    National Security Section
    601 D. Street, N.W.
    Washington, D.C. 20530
    (202) 252-7155
    Christopher.Tortorice@usdoj.gov