IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cr-00401-JDB-1 |
| ) | |
| BENCE HORVATH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION TO SCHEDULE CHANGE OF PLEA HEARING

The United States of America and defendant Bence Horvath jointly move the court to schedule a change of plea hearing for Monday, June 16, 2025, at 1:30 p.m. In support of this motion, the parties state as follows:

1. At a status conference held February 27, 2025, the court set a briefing schedule for pretrial motions and scheduled an evidentiary hearing on those motions for Monday, June 16, 2025, at 1:30 p.m. in person in Courtroom 30A.

2. The parties have reached a resolution of this matter, which has been memorialized in a Plea Agreement and an agreed Statement of Offense. These documents, fully executed by the parties, have been provided to the court.

3. The parties respectfully request that the court convert the evidentiary hearing currently scheduled for Monday, June 16, 2025, at 1:30 p.m. into a change of plea hearing.

4. The parties submit the attached proposed Order for the court's consideration.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

*/s/ Christopher Tortorice*
Christopher Tortorice
Assistant United States Attorney
Texas Bar No. 24048912
National Security Section
601 D Street, N.W.
Washington, D.C. 20530
Office: (202) 252-7155
Christopher.Tortorice@usdoj.gov

*/s/ Maeghan O. Mikorski*
Maeghan O. Mikorski
Assistant United States Attorney
D.C. Bar Number 90001976
N.Y. Bar Number 5406202
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Office: (202) 252-2656
Maeghan.mikorski@usdoj.gov

*/s/ Sean R. Heiden*
Sean R. Heiden
Trial Attorney
D.C. Bar No. 1617636
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Office: (202) 514-8106
Sean.heiden2@usdoj.gov

*/s/ Justin M. Lugar*
Justin M. Lugar
VSB No. 77007
Woods Rogers PLC
10 S. Jefferson Street, Suite 1800
Roanoke, VA 24011
Telephone: 540.983.7620
Justin.lugar@woodsrogers.com


*/s/ Kristin B. Johnson*
Kristin B. Johnson
VSB No. 71115
Woods Rogers PLC
10 S. Jefferson Street, Suite 1800
Roanoke, VA 24011
Telephone: 540.983.7511
kristin.johnson@woodsrogers.com

*Attorneys for Bence Horvath*


## CERTIFICATE OF SERVICE

I certify that the foregoing was filed via ECF on May 13, 2025, which will provide notification to all counsel of record.


*/s/ Kristin B. Johnson*
Kristin B. Johnson