# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>       Plaintiff,            )<br>                              )<br>v.                            )     Case No.: 1:24-cr-00401-JDB-1<br>                              )<br>BENCE HORVATH,                )<br>                              )<br>       Defendant.            )<br>                              ) | |

## DEFENDANT'S NOTICE OF FILING
## ADDITIONAL SENTENCING EXHIBIT

Defendant Bence Horvath respectfully submits for the court's consideration in advance of his September 30 sentencing hearing a letter dated September 25, 2025, from Captain James Barnes, Northern Neck Regional Jail, detailing Mr. Horvath's conduct and work history. This letter is marked Defendant's Exhibit C.

                                                          Respectfully submitted,

                                                          */s/ Justin M. Lugar*
                                                          Justin M. Lugar
                                                          VSB No. 77007
                                                          Woods Rogers PLC
                                                          10 S. Jefferson Street, Suite 1800
                                                          Roanoke, VA 24011
                                                          Telephone: 540.983.7620
                                                          Justin.lugar@woodsrogers.com

                                                          */s/ Kristin B. Johnson*
                                                          Kristin B. Johnson
                                                          VSB No. 71115
                                                          Woods Rogers PLC
                                                          10 S. Jefferson Street, Suite 1800
                                                          Roanoke, VA 24011
                                                          Telephone: 540.983.7511
                                                          kristin.johnson@woodsrogers.com

                                                          *Attorneys for Bence Horvath*

2

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed via CM/ECF on September 29, 2025, which provides notification to all counsel of record.

*/s/ Kristin B. Johnson*
Kristin B. Johnson